CASE NO. 26-5850

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JOEL CORONADO BOLIVAR PETITIONER/APPELLEE

v.

ARTHUR MAGLINGER, et al. RESPONDENTS/APPELLANTS

MOTION FOR EXTENSION OF TIME

Frank Padula, in his official capacity as Acting Director, Chicago Field Office; David Venturella, in his official capacity as Acting Director, Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary, U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as U.S. Attorney General, move the Court to grant a thirty-day extension of time, to and including December 18, 2026, in which to file its brief in the above-captioned appeal. The Appellants' brief is currently due on November 18, 2026.

The undersigned counsel is currently waiting for approval from the Solicitor General regarding this appeal. The Appellants, therefore, request a thirty-day extension of time.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*s/Amanda E. Gregory*

Amanda E. Gregory
Assistant U.S. Attorney
U.S. Attorney's Office
717 W. Broadway
Louisville, KY 40202
PH:(502) 582-5016
Email: Amanda.Gregory@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, the foregoing motion was electronically filed with the clerk of the court by using the CM/ECF system, which will notify counsel of record.

*s/Amanda E. Gregory*

Amanda E. Gregory
Assistant U.S. Attorney